# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Chung Yim, | ) |
|     Plaintiff, | ) Case No.: 19-cv-07077 |
| v. | ) Judge Franklin U. Valderrama |
| United States of America, | ) |
|     Defendant | ) |

## PLAINTIFF'S LOCAL RULE 56.1 STATEMENT OF ADDITIONAL MATERIAL FACTS

1.  Yim was seen in the emergency room on July 15, 2018, 2 days after his dental implant of tooth #4 on July 13, 2018. (Ex. A (July 15, 2018 note) at Yim 0000278)[1]. The emergency room doctor reported that Yim "now has increasing pain radiating into r max sinus despite norco…ibuprofen…and zithromax…. [and] had 4 implants in the past and never had postop pain like this." (*Id.*)

2.  On July 17, 2018, Yim continued to complain of 10/10 pain. (Ex. B (July 17, 2018 note) at Yim 0000275.)

3.  Dr. Powers reported on July 24, 2018, 11 days after the dental implant placement, that Yim was having pain and pressure in the temporal and occipital areas of his head and was still taking pain medication and a muscle relaxant. (Ex. C (July 24, 2018 note) at Yim 0000270.)

4.  On August 17, 2018, in addition to complaining of pain up to 8/10, Yim stated that "I am still having pressure that feels like a vice grip on the side of my head and cheek. The

---

[1] All references are to Plaintiff's exhibits attached to Plaintiff's Appendix of Exhibits filed simultaneously herewith.

pressure gets stronger as the day goes on." (Ex. D (August 17, 2018 note) at Yim 0000258.)

5. On August 23, 2018, Yim complained of facial pain since the implant placement, pressure and pain radiating to the right side of his face, and his head felt like it was "in a vise." (Ex. E (August 23, 2018 note) at Yim 0000252). Dr. Pastuovic found tenderness on palpation over the right side of Yim's face and concluded that he had "[r]ight-sided facial pain associated with implant placement." (*Id.* at Yim 0000253-0000254.)

6. Yim was referred to Dr. Aaron Cwik, and outside provider for Cone Beam Tomography, which was done on August 24, 2018, and showed that the implant was failing and needed to be removed. Ex. F (August 24, 2018 note) at Yim 000563.)

7. The VA referred Yim back to Dr. Cwik to have the implant removed, and on September 5, 2018, *before the implant was removed*, Marisol Lingad noted that "[p]er pt. the implant is giving him **too many problems i.e. pain, pressure, <u>numbness</u>, [and] infections**" [emphasis added]. (Ex. F (September 5, 2018 note) at Yim 000562.)

8. Marisol Lingad is one of Dr. Cwik's staff members, and she would have obtained this information "[f]rom the VA calling her." (Ex. G (Cwik Dep.) at 27:16-18; 28:8-14.)

9. Dr. Cwik removed the implant on September 12, 2018, at which time he noted that the implant was mobile, purulent drainage was present, there was bone loss and "sinus communication at apex of osteotomy." (Ex. F (September 12, 2018 note) at Yim 000562.) ("Sinus communication at apex of osteotomy" means that the implant went into the maxillary sinus, and you could see the maxillary sinus through the hole of the implant. (Ex. G at 33:9-21.)) Dr. Cwik recommended Yim see an ENT for debridement of the maxillary sinus. (Ex. F at Yim 000562.)

10. On September 17th, Dr. Desai, a VA otolaryngologist (ENT) stated that after the

dental implant procedure, Yim started having a severe sinus infection, but despite the implant being removed, he "has persistent sinus infection with pressure and pain over the right side of the sinus." (Ex. H (September 17, 2018) at Yim 0000224.) He further stated that "[c]linically since [Yim] did not have symptoms prior to this, it is related to his dental implant and infection." (*Id.*) (Dr. Kruper, board certified in Otolaryngology and head and neck surgery and also a VA doctor agreed with Dr. Desai's evaluation. (Ex. I (Kruper Dep.) at 7:17-20; 21:8-13.))

11. On October 1, 2018, Yim again complained that he was getting a lot of pressure and numbness on the right side of his face as well as a decrease in his sense of taste and smell. (Ex. J (October 1, 2018 note) at Yim 0000222.)

12. On October 10, 2018, Dr. Kruper stated that Yim had no significant sinus diagnosis prior to the dental implant which "was too deep and got infected and subsequently removed in September," but he continued to have right sided facial pain and pressure, and foul-smelling drainage, which initially improved with antibiotics but came back. (Ex. K (October 10, 2018 note) at Yim 0000219.) Dr. Kruper recommended sinus surgery. (*Id.* at Yim 0000220.)

13. Right maxillary antrostomy was performed on October 16, 2018, but Yim continued to have persistent facial pain, pressure, and numbness but which was better than before the sinus surgery. (Ex. L (November 28, 2018 note) at Yim 0000192; Ex. I (Kruper Dep.) at 44:10-45:19.)

14. Yim continued to complain of pressure and numbness in the right side of his face, including the inside and outside of his right cheek and right side of the tongue and a loss of taste and smell. (Ex. M (April 25, 2019 note) at Yim 0000152.)

15. Dr. Shulman, a neurologist found that Yim's "cranial nerves II to XII are intact except of diminished pinprick sensation over the second and third distribution of his trigeminal

nerve, as well as diminished touch and taste sensation on the right side of his tongue," and "[o]n sensory exam…diminished pinprick sensation on the right side of his face." (*Id.* at 0000153.)

16. The second and third distribution of his trigeminal nerve involves the mid and lower part of the face, the cheek and jaw. (Ex. N (Shulman Dep.) at 30:5-12.)

17. Dr. Shulman concluded that Yim suffers "with pain and paresthesia on the right side of his face. There are symptoms of right trigeminal neuropathy and/or atypical facial pain." (Ex. M at Yim 0000153.)

18. On July 29, 2020, Dr. Nagar, a neurologist outside the VA, also noted reduced sensation to pinprick and light touch in the lower right side of the face. (Ex. O (July 29, 2020 note) at Yim 001289.)

19. Dr. William Conte is a board-certified neurologist who works as a staff neurologist at Methodists Hospital. (Ex. P (Conte Report) at ¶ 1; Ex. Q (Conte Dep.) at 18:24-19:1.)

20. One hundred percent of Dr. Conte's time is spent seeing patients. (*Id.* at 21:19-22.)

21. Dr. Conte sees a fair number of patients with trigeminal nerve problems, which are commonly caused by dental issues, such as, dental abscesses and problems with dental procedures. (*Id.* at 23:23-24:12.)

22. Dr. Conte's opinions are all based on a reasonable degree of medical certainty. (Ex. P at ¶ 11.)

23. Characteristics of trigeminal neuropathy are "numbness or pins and needles in the trigeminal nerve distribution," and decreased sensation in a variety of areas of the face. (Ex. Q at

4

12:7-13:7; 35:8-36:7.)

24. Damage to a nerve causes inflammation and swelling which spreads and causes further injury to other areas of that nerve. (*Id.* at 66:8-22.)

25. Dr. Conte's opinion that Yim has trigeminal neuropathy is based on the facts that Yim described symptoms of facial numbness to multiple doctors and multiple exams by different neurologists demonstrated "an objective decrease in sensation to the maxillary and mandibular branches of the right trigeminal nerve." (Ex. P at ¶ 11; Ex. Q at 35:8-36:7.)

26. It is also Dr. Conte's opinion that Yim's trigeminal neuropathy was a direct and proximate result of nerve damage from the implant that Dr. Powers placed because: a) Yim's facial pain started immediately after the July 13, 2018, implant procedure; b) his numbness and pain were not present prior to the implant procedure; and c) the trigeminal nerve branches are intimately involved in the mouth. Therefore, "my opinion [is] that—because of the temporal component—that it was related to the implant." (Ex. P at ¶ 11; Ex. Q at 38:19-39:6.)

27. No one can know what actually happened to Yim's nerve because there are no pathological specimens or a dissection of the nerve. (*Id.* at 65:7-10.)

28. Dr. Conte bases his opinions on his review of Yim's medical records, the depositions of Dr. Powers, Dr. Shulman and Dr. Kruper, his education, training and experience, and his knowledge of how nerve injuries occur and how neuropathies are affected. (Ex. P at pg. 5; Ex. Q at 34:8-12; 51:18-23.)

29. Dr. Rezania is extensively involved in research and teaching, (Ex. R (Rezania Report) at ¶ 1). His research is focused on ALS, a progressive neurodegenerative disease which results in paralysis and death (Ex. S (Rezania Dep.) at 19:17-24) and does not involve the

trigeminal nerve (*Id.* at 20:19-21).

30. Dr. Rezania does not state in his report that his opinions are based upon a reasonably degree of medical certainty. (Ex. R (Rezania Report.)

31. Dr. Rezania does not offer the opinion that trigeminal neuropathy *was not* the cause of Yim's facial numbness and impaired sense of taste. (Ex. R at ¶ 2 (labeled "1.")) ("I am saying I don't know. I—I am not sure if that's the cause of the symptoms." (Ex. S (Rezania Dep.) at 44:3-8.)

32. Dr. Rezania does not offer the opinion that Yim does not have facial numbness and impaired sense of taste. (*Id.* at 44:9-11.)

33. Although Dr. Rezania states in his report that Yim's diagnosis of trigeminal neuropathy is not based on objective findings (Ex. R at ¶ 2), he testified that Dr. Shulman and Dr. Nagar's findings that Yim had diminished pinprick sensation in his face were in fact objective findings (Ex. S at 45:11-21). ("Pinprick sensation loss" as well as diminished sensation are objective findings. (*Id.* at 44:17-45:10.)

34. Dr. Rezania testified that the doctors found facial numbness and decreased pinprick sensation, and "[t]hey reported what they saw. I don't think it was inaccurate." (*Id.* at 46:8-18.)

35. Dr. Rezania does not deny that the dental implant procedure caused Yim's pain and numbness in the maxillary region of his face. (Ex. R at ¶ 4 (labeled "2.").)

36. Dr. Rezania did not state that the dental implant procedure did not cause injury to the maxillary branch of the trigeminal nerve. (Ex. R at ¶ 4; Ex. S at 55:15-56:10.)

37. Dr. Rezania sole opinion is that the implant could not have caused injury to the

mandibular and lingual branches of the trigeminal nerve. (*Id.*)

38. Contrary to his report in which he opines that Yim's facial numbness may be caused by somatization disorder or exaggeration of symptoms in the setting of litigation (Ex. R at ¶ 3), Dr. Rezania testified that he did not have an opinion as to whether Yim's symptoms were psychogenic (somatization disorder) or whether he was exaggerating his symptoms. (Ex. S at 51:23-52:10; 54:1-6.)

                                              Respectfully submitted,

                                              By: /s/Robin A. Grinnalds
                                                   Attorney for Plaintiff

ED FOX & ASSOCIATES, Ltd.
300 W Adams St., Suite 330
Chicago, IL. 60606
(312) 345-8877
rgrinnalds@efoxlaw.com